Order entered December 21, 2012



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01162-CR

**JOHANAN JOHN FOLSOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58786-P**

## ORDER

The Court **REINSTATES** this appeal.

On October 11, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Allen Fishburn; (3) Karren Jones and Yolanda Atkins are the court reporter who recorded the proceedings; (4) Ms. Jones has finished her portion of the record; and (5) Ms. Atkins required ten days from the December 14, 2012 hearing to finish her portion of the record.

We note that on December 17, 2012, Ms. Jones tendered the record of the February 2, 2012 suppression hearing. That volume is labeled volume 3 of 3. We **ORDER** this volume of the reporter's record filed as of the date of this order.

We **ORDER** court reporter Yolanda Atkins to file, by **JANUARY 2, 2013** her portion of the reporter's record, including a Master Index that includes the suppression hearing. Because the record is already more than four months overdue, no further extensions will be granted. If the reporter's record is not filed by the date specified, we will order that Yolanda Atkins not sit as a court reporter until the record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; court reporter Karren Jones; court reporter Yolanda Atkins; and to counsel for all parties.


/s/ DAVID L. BRIDGES
JUSTICE